IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Action No. 2:18mj166 |
| v. ) | |
| ) | |
| WALLACE GROVE GODWIN, ) | |
| ) | |
| Defendant. ) | |

DISMISSAL OF COMPLAINT PURSUANT TO RULE 48(a)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby files a dismissal of the complaint in this case.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY


By: _____/s/_____
Alan M. Salsbury
Assistant United States Attorney


Leave of Court is hereby granted to file the above-referenced dismissal of the complaint.


_____
UNITED STATES MAGISTRATE JUDGE


_____
Date