IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Action No. 2:18mj166 |
| v. | ) | |
| | ) | |
| WALLACE GROVE GODWIN, | ) | |
| | ) | |
| Defendant. | ) | |

DISMISSAL OF COMPLAINT PURSUANT TO RULE 48(a)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby files a dismissal of the complaint in this case.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: ___/s/_____
Alan M. Salsbury
Assistant United States Attorney

Leave of Court is hereby granted to file the above-referenced dismissal of the complaint.

___/s/_____
Robert J. Krask
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

__Feb. 28, 2019__
Date